UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-22154-CIV-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AUBREY G. RUDD,

    Defendant,

and

JPMORGAN CHASE BANK, N.A.,

    Garnishee.

_____

## ANSWER TO WRIT OF GARNISHMENT

Garnishee, JPMORGAN CHASE BANK, N.A. ("Garnishee"), by and through undersigned counsel, hereby answers the Writ of Garnishment (the "Writ") and states as follows:

1. Garnishee has reviewed its records and has identified no deposit accounts in the name of Defendant, Aubrey G. Rudd.

2. Garnishee retains the total amount of $0.00 subject to the Writ pursuant to Florida Statutes § 77.19 and subject to offset for applicable administrative fees pursuant to the account agreement between Garnishee and Defendant.

3. At the time of this Answer and at the time of the service of the Writ, and at all times between those periods, Garnishee has had no other goods, money, chattels, effects, or other tangible or intangible property of Defendant in its possession or control.

4. The Garnishee does not know of any other persons indebted to Defendant or who may have any of the property of Defendant in their possession or control.

2

5. These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A.'s centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor or accounts.

**WHEREFORE,** the Garnishee prays for the entry of an Order directing disposition of the funds, and dissolving the Writ herein, and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via E-Service this 19th day of March, 2014 upon:

Steven M. Davis, Esq.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
sdavis@bplegal.com

Aubrey G. Rudd
7901 SW 67th Avenue
Miami, FL 33143

**WARGO & FRENCH, LLP**
*Attorneys for Garnishee*
201 S. Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 777-6000
Facsimile:   (305) 777-6001
E-mail: wf-fl-garn@wargofrench.com
E-mail: wf-fl-garn2@wargofrench.com

_____
KYLE T. HERSHEY
Florida Bar No. 100262
JOSEPH D. WARGO
Florida Bar No. 934194